**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21476-GLT |
| | : | |
| EDNABEL D. ALCANTARA | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Ross Township; North Hills School District; Jordan Tax Service, Keystone Collections Group, Champion Mortgage Company and The Secretary of Housing and Urban Development | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Intent to Sell and of Hearing and Response Deadline**
**and**
**Motion to Sell Real Estate Free and Clear of Third**
<u>**Party Interests, Liens, Claims, Charges and/or Encumbrances**</u>

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below on <u>November 25, 2019.</u>

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>electronic notification</u>.

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Glenn R. Bartifay on behalf of Attorney Glenn R. Bartifay
gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Glenn R. Bartifay on behalf of Debtor Ednabel D. Alcantara
gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Natalie Lutz Cardiello
ncardiello@comcast.net, ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello on behalf of Trustee Natalie Lutz Cardiello
ncardiello@comcast.net, ncardiello@ecf.axosfs.com

Jeffrey R. Hunt on behalf of Creditor Allegheny County
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor North Hills School District
jhunt@grblaw.com, cnoroski@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

**EXECUTED ON:**  November 25, 2019

By:   /s/*Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043